746 A.2d 607

**Robert C. GREEN and Judith A. Green, Petitioners,**

v.

**SCHUYLKILL COUNTY BOARD OF ASSESSMENT APPEALS, Respondent.**

Supreme Court of Pennsylvania.

March 6, 2000.

Michael P. Weinstein, Philadelphia, for petitioner.

## *ORDER*

PER CURIAM:

**AND NOW**, this 6th day of March, 2000, the Petition for Allowance of Appeal is GRANTED, limited to the following issue:

Did the Commonwealth Court err in failing to follow the precedents of this Court concerning the proper standard of proof in real estate tax assessment appeals?